THE STATE, EX REL. McLEAN, RELATOR, v. JAMES GIBSON.

The act constituting a board of public works in a certain class of cities, enacted in 1892, is constitutional.

On *quo warranto.* On demurrer to plea.

Argued at June Term, 1892, before BEASLEY, CHIEF JUSTICE, and Justices DEPUE, SCUDDER and REED.

For the relator, *Collins & Corbin.*

For the respondent, *John W. Griggs.*

The opinion of the court was delivered by

BEASLEY, CHIEF JUSTICE. The relator in this case claims to hold the office of superintendent of streets and sewers in the city of Paterson, on the ground that the respondent's title is invalid, as he acquired it by force of an unconstitutional statute. The statute referred to is entitled "An act concerning the government of certain cities in this state and constituting a municipal board of public works and other officers

therein, and defining the powers and duties of such boards and relating to the municipal affairs and departments of such cities placed under the control and management of such board and providing for the maintenance of said board."

The act thus disputed we are of opinion is constitutional and valid, the reasons for such conclusions being the same as those given in Matheson *v.* Caminade and Owens *v.* Fury, of the present term.